IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHRYN C. LAWRENCE and ROGER LAWRENCE, her husband, | ) CIVIL DIVISION ) |
| | ) NO. 2:07-cv-01150 |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| WAL-MART STORES EAST, L.P., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this $\underline{10}$th day of September, 2007 upon Stipulation of the parties, it is hereby Ordered that paragraph 14(i) of Plaintiffs' Complaint is dismissed with prejudice.

BY THE COURT:

_____ J.

2143825-1