IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KATHRYN C. LAWRENCE and )
ROGER LAWRENCE, )
    Plaintiffs, )
 )
v. ) Civil Action No. 07-1150
 )
WAL-MART STORES EAST, L.C., )
    Defendant. )

ORDER

Gary L. Lancaster,                                   January 24, 2008
District Judge.

      The record in this case shows that Plaintiffs' counsel of record withdrew his appearance with court approval on September 26, 2007. The court gave plaintiffs until November 15, 2007 to secure new counsel or the court would accept that plaintiffs are acting pro se. Although at one point Attorney Jason Taylor indicated to the court that he would represent plaintiffs, he did not enter his appearance. Thus, the court accepts that plaintiffs are acting pro se.

      The record also shows that plaintiffs were given until December 13, 2007 to answer defendant's requests for discovery. Plaintiffs did not comply. On January 4, 2008, the court entered a show cause order requiring plaintiffs to show cause by January 14, 2008 why defendant's motion for sanctions [Doc. No. 13] should not be granted and why the complaint should not be dismissed for plaintiffs' failure to prosecute. Plaintiffs responded but the

response is completely inadequate. See Doc. No. 15.

Therefore it is hereby ordered that plaintiffs shall give full and complete responses to defendant's discovery requests by February 23, 2008. Failure to do so may result in dismissal of this complaint. Defendant's motion for sanctions [Doc. No. 13] is denied without prejudice.

BY THE COURT:

_____, J.

cc: All Counsel of Record