IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHRYN C. LAWRENCE and ROGER LAWRENCE, her husband,<br><br>    Plaintiffs,<br><br>v.<br><br>WAL-MART STORES EAST, L.P.,<br><br>    Defendant. | ) CIVIL DIVISION<br>)<br>) NO. 2:07-cv-01150<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF COURT

AND NOW, this 27 day of March, 2008, upon consideration of the Notice of Substitution of Counsel, it is hereby ORDERED that Robert W. Murdoch, Esquire is hereby substituted as counsel for the Defendant and the appearance of Rebecca Sember, Esquire is hereby withdrawn on behalf of Defendant.

BY THE COURT:

_____ J.

2344792-1